**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**CHARLES NANCE**                                                                            **PETITIONER**

**v.**                                                                      **No. 1:07CV307-A-D**

**STATE OF MISSISSIPPI, ET AL.**                                                **DEFENDANTS**

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated February 23, 2010, and the March 10, 2010, objections to the Report and Recommendation, the court finds that the petitioner's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

      **ORDERED**:

      1. That the Report and Recommendation of the United States Magistrate Judge dated February 23, 2010, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

      2. That the petition of Charles Nance for a writ of *habeas corpus* is **DENIED.**

      3. That this case is **CLOSED.**

      THIS, the 6th day of April,

                                                       **/s/ Sharion Aycock**
                                                       **U.S. DISTRICT JUDGE**